IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**JULIA ANN BRIGGS**                                                                         **PLAINTIFF**

v.                                          No. 5:12-cv-399-DPM

**WHEELING MACHINE PRODUCT CO.**                                    **DEFENDANT**

JUDGMENT

Briggs's complaint is dismissed without prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

24 October 2012